Benjamin T. Ikuta, Esq. (SBN: 260878)
Nicholas J. Leonard, Esq. (SBN: 260322)
IKUTA HEMESATH LLP
1327 North Broadway
Santa Ana, CA 92706
Tel: (949) 229-5654
Fax: (949) 203-2162
Nick@ih-llp.com
EService: Service@ih-llp.com

Attorneys for Plaintiffs VERONICA PAZ AGUILAR and ERNESTO ZEPEDA CORDOBA

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERONICA PAZ AGUILAR and ERNESTO ZEPEDA CORDOBA,<br><br>Plaintiffs,<br><br>vs.<br><br>CATHERINE L. JACOBS, CNM; KENDRA L. SEGURA, M.D.; EISNER HEALTH; CALIFORNIA HOSPITAL MEDICAL CENTER; DIGNITY COMMUNITY CARE; and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO.: 2:24-CV-08715-MRA-MAR<br><br>**PLAINTIFF VERONICA PAZ AGUILAR'S NON-OPPOSITION TO THE UNITED STATES OF AMERICA'S MOTION TO REMAND**<br><br>Date: **September 8, 2025**<br>Time: **1:30 p.m.**<br>CTRM: **10B**<br><br>Removal filed – 10/9/24 |

Plaintiff VERONICA AGUILAR files this Notice of Non-Opposition to the United States of America's Motion to Remand Pursuant to 42 U.S.C section 233(c). As alleged in the Complaint, Plaintiff's allegations in this matter stem from the alleged negligent medical care that Plaintiff received from each of the Defendants on January 20, 2022 at California Hospital Medical Center. (Complaint, pp. 4:2-13.) None of the allegations pertain to any care that Plaintiff received at any other facility. (Ibid.) Notably, Plaintiff alleges the following negligent acts related to the care she received at California Hospital Medical Center on January 20, 2022:

- Negligently discharging Plaintiff on January 20, 2022;
- Failing to proceed with the urgent delivery of Plaintiff's baby;

- Failing to ascertain Plaintiff's bile acid level;
- Failing to assure that a suitable specimen was obtained from Plaintiff for proper laboratory testing including bile acid testing;
- Failing to provide Plaintiff with proper follow-up care after discharge on January 20, 2022;
- Failing to assure Plaintiff received proper follow-up care after discharge on January 20, 2022.

(Ibid.) California Hospital Medical Center is a general acute care hospital, license number 930000024, licensed to Dignity Community Care.

DATED: August 6, 2025

Respectfully submitted,

**IKUTA HEMESATH LLP**

BY: __*/s/ Nicholas J. Leonard*________________
Nicholas Leonard
Benjamin T. Ikuta
Attorneys for Plaintiffs